UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. As assignee of Matthew E. Orso, in his Capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell,<br><br>*Plaintiff*,<br><br>V.<br><br>Jennifer Coulter, SSN xxx-xx-5315 (a member of the Defendant Class of Net Winners in ZeekRewards.com); Todd Disner, et al,<br><br>*Defendant*,<br><br>and Arvest Bank,<br><br>*Garnishee*. | Case No. 5:21-MC-00008 |

## ORDER DIRECTING TRANSFER OF FUNDS AND DISMISSING THE CASE

On February 4, 2021, Plaintiff Nationwide Judgment Recovery, Inc. registered with this Court a foreign judgment issued by the United States District Court for the Western District of North Carolina against Defendant Jennifer Coulter. *See* Doc. 1-1. Plaintiff then applied to the Clerk for writs of garnishment directed to four different financial institutions. *See* Docs. 3-6. One of those institutions, Arvest Bank, the Garnishee herein, filed an Answer (Doc. 11) indicating that it held $6,217.09 in accounts owned by Ms. Coulter. Ms. Coulter subsequently filed her Answer and Claim of Exemptions (Doc. 15) on August 23, 2021, and Plaintiff filed a Response (Doc. 19) denying that Ms. Coulter was entitled to

1

her claimed exemptions. On September 10, 2021, Ms. Coulter filed an Amended Answer (Doc. 20), asserting a number of affirmative defenses. On September 13, 2021, the Court scheduled a hearing to take up the matter of Ms. Coulter's objections to garnishment. That hearing took place on October 20, 2021. At the start of the hearing, counsel for Plaintiff and Ms. Coulter announced that the parties had settled all pending disputes and that Ms. Coulter had withdrawn all objections to garnishment.

Accordingly, **IT IS ORDERED** that Garnishee Arvest Bank remit to Plaintiff the **$6,217.09** it holds in accounts owned by Ms. Coulter. The check shall be made payable to the IOLTA account of Plaintiff's counsel, Robert C. Newark, III, and mailed within fourteen days to the following address:

> Robert C. Newark, III
> 2500 S. Broadway, Ste. 128
> Edmond, OK 73013

**IT IS FURTHER ORDERED** that upon such payment and transfer of funds by Arvest Bank, it shall be discharged from any further liability herein under the Writ of Garnishment (Doc. 10), and Ms. Coulter's account with Arvest Bank shall be released from the Writ.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with this Court retaining jurisdiction to enforce the terms of the parties' settlement agreement, if necessary.

**IT IS SO ORDERED** this 6th day of January, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE